UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,              1:07-cv-01361-LJO-SMS

         Plaintiff,

vs.                                 **ORDER TRANSFERRING ACTION TO SACRAMENTO**

JON PAUL LIPPSMEYER, et al.,

         Defendants.
_____/

    Plaintiff, Joseph Danny Prophet, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Sacramento County which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

    Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own

1

motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in forma pauperis.

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

   1.  That this court has not ruled on plaintiff's request to proceed in forma pauperis;

   2.  That this action is transferred to the United States District Court for the Eastern District of California in Sacramento; and,

   3.  That all future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   October 3, 2007**          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

2