IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET

      Plaintiff,                      No. CIV S-07-2099 GEB KJM PS

  vs.

JON P. LIPPSMEYER, et al.,

      Defendants.             ORDER

_____/

        By order November 30, 2007, plaintiff's amended complaint was dismissed with leave to amend within thirty days. On December 26, 2007, plaintiff filed a document titled "Second Amended Complaint." In that document, however, plaintiff requested that the action be dismissed without prejudice. That request will be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE

006
prophet.dis

1